UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

Funny Water, Inc.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2023

23 Civ. 9284 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 24, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by December 19, 2023. ECF No. 5. Those submissions are now overdue. Plaintiff has not filed proof of service, and Defendant has not appeared in this action. Accordingly, by **January 22, 2024**, the parties shall file a joint letter and jointly proposed case management plan, or Plaintiff shall state his intentions as to the prosecution of this action.

SO ORDERED.

Dated: December 22, 2023
      New York, New York

ANALISA TORRES
United States District Judge