UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of himself and all others similarly situated,

                      Plaintiffs,

-against-

Funny Water, Inc.,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/24/2024_

23 Civ. 9284 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 24, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by December 19, 2023. ECF No. 5. On December 22, 2023, having received no submissions by the deadline, the Court ordered the parties to submit the joint letter and case management plan by January 22, 2024. ECF No. 10. Those submissions are again overdue. Plaintiff has not filed proof of service, and Defendant has not appeared in this action. Accordingly, by **February 14, 2024**, the parties shall file a joint letter and jointly proposed case management plan, or Plaintiff shall state his intentions as to the prosecution of this action. Plaintiff is advised that failure to comply with the Court's orders shall result in a dismissal for failure to prosecute.

      SO ORDERED.

Dated: January 24, 2024
       New York, New York

ANALISA TORRES
United States District Judge