

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/14/2024
```

<u>VIA ECF</u>

Honorable Analisa Torres
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 14, 2024

Re:   Case 1:23-cv-09284-AT Sookul v. Funny Water, Inc.
      <u>Request for Extension of Time</u>

Dear Judge Torres:

Plaintiff submits this letter-motion to seek a forty-five-day extension of time to submit a joint letter and proposed case management plan, as directed in Your Honor's Order dated January 24, 2024.

On the date of this letter, defense counsel reached out to this office and stated that he will be representing the Defendant herein, and that an extension of time to respond to the Complaint will be sought. As such, as the Defendant seems to be participating in the action, but defense counsel was just retained, an extension to submit the required documents is necessary. Plaintiff requests an extension up to and until March 28, 2023. This is the first time this relief is being requested.

We thank the Court for the attention and consideration herein.

GRANTED IN PART.  By **March 15, 2024**, the parties shall file their joint letter and case management plan.

SO ORDERED.

Dated: February 15, 2024
       New York, New York

ANALISA TORRES
United States District Judge